UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TARA J. RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Case No. 1:26-cv-00087-SNLJ |
| CATHERINE J. DESANTO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL AND REMAND**

In accordance with the Memorandum and Order filed contemporaneously and incorporated herein,

**IT IS HEREBY ORDERED** that **Count II** is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Court **DECLINES** to exercise supplemental jurisdiction over the state law claim in **Count I**.

**IT IS FURTHER ORDERED** that this action, which now consists only of the state law claim in **Count I**, is **REMANDED** to the 35th Judicial Circuit Court, Stoddard County, Missouri, from which it was removed, based on a lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c).

**IT IS FINALLY ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 15th day of October, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE